Name _____

_____

Address _____

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

19 FEB 28 PM 1:12

CLERK-ALBUQUERQUE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JACOB VIGIL , Plaintiff
(Full Name)

CASE NO. 19cv164-LF
(To be supplied by the Clerk)

v.

JOHN DOE
AKA
Google LLC , Defendant(s)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C. §1983

## A. JURISDICTION

1) JACOB VIGIL , is a citizen of NEW MEXICO
   (Plaintiff)                                         (State)
   who presently resides at 1700 LANDMAN DR Ne
                           (Mailing address or place of confinement)
   Albuquerque NM, 87112 .

2) Defendant John Doe Google LLC is a citizen of
                (Name of first defendant)
   google care of , CSC 123 E MARCY ST and is employed as #101
                        (City, State), NM 87501
   Santa Fe,                                    . At the time the claim(s)
   (Position and title, if any)
   alleged in this complaint arose, was this defendant acting under color of state law?
   Yes ☐    No ☐    If your answer is "Yes", briefly explain:

3) Defendant _____ is a citizen of
   (Name of second defendant)
   _____ , and is employed as
   (City, State)
   _____ . At the time the claim(s)
   ( Position and title, if any)
alleged in this complaint arose, was this defendant acting under color of state.
Yes ☐   No ☐   If your answer is "Yes", briefly explain:

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.)

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

John Doe, using Google LLC's online platform, is violating my copyrights and trademarks.

This is a copyright violater who I'm attempting to identify via administrative subpoena.

XE-   2/7                        -2-

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

   A)(1) Count I:

   Copyright infringement on Google LLC's online platform.

   (2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing leagl authority or argument.)

   The D.M.C.A. copyright takedown notice states the user email addresses of the copyright infringer.

   B)(1) Count II:

   (2) Supporting Facts:

C)(1)  Count III:

(2)  Supporting Facts:

D) PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?
Yes ☐   No ☒   If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit.

   Plaintiffs: _____

   Defendants: _____

   b) Name of court and docket number:

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   d) Issues raised: _____

XE-2   2/78                                — 4 —

e) Approximate date of filing lawsuit: _____

f) Approximate date of disposition: _____

2) I have previously sought informal or formal releif from the appropriate administrative officials regarding the acts complained of in Part C.  Yes ☐   No ☒   If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No," briefly explain why administrative relief was not sought.

## E. REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

Identifying information of the users listed in the D.M.C.A. take down notice, including names, addresses, and phone number.

_____     _____
Signature of Attorney (if any)                     Signature of Petitioner

Attorney's full address and telephone number.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. Sec. 1746. 18 U.S.C. Sec. 1621.

Executed at _____Albuquen NM_____ on ___2-28___ 20_19_.
                    (Location)                    (Date)

_____
                    (Signature)

XE-2  2/78                              - 6 -